IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GERNARD CHESTNUT,

     Plaintiff,

v.                                  CASE NO. 4:11-cv-00232-MP-WCS

KATHRYN RAY, DAREN L SHIPPY, JOSEPHINA TAMAYO,

     Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 7, Report and Recommendation of the Magistrate Judge, recommending that the complaint in this case be dismissed under 28 USC § 1915(e)(2)(B)(ii) for failure to state a claim. The time for filing objections has passed, and none have been filed.   The Court agrees with the Magistrate Judge that plaintiff cannot bring a federal civil rights action against the judge, prosecutor and defense attorney in his still-ongoing state criminal trial.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge is accepted and incorporated herein.

2.    The plaintiff's complaint is dismissed for failure to state a claim under 28 USC § 1915(e)(2)(B)(ii).

**DONE AND ORDERED** this *11th* day of July, 2011

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge